UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

   vs.                                              CASE NO.8:00-CR-347-T-24MSS
**MICKLLOYD FRANKLYN**
    **Defendant**

**ORDER**

The United States Sentencing Commission has promulgated Amendment 706 lowering the base offense level for cocaine base (crack cocaine) offenses by two levels for eligible defendants sentenced on or after November 1, 2007. The Commission later decided this Amendment should be applied retroactively to defendants sentenced before November 1, 2007. Defendant **Micklloyd Franklyn** having been sentenced prior to November 1, 2007, has filed a *pro se*, motion to reduce sentence, alleging his eligibility for the two-level reduction in his base offense level. A preliminary review of the motion reflects that it should be **DENIED.**

Micklloyd Franklyn pled guilty to conspiracy to possess with intent to distribute 50 grams or more of cocaine base in violation of 21 U.S.C.§§846 & 841(b)(1)(A) and possession with intent to distribute 50 grams or more of cocaine base in violation of 21 U.S.C. §§841(a)(1) & 841(b)(1)(A). Both offenses have a minimum mandatory penalty of 120 months of imprisonment. Defendant Franklyn was sentenced to 120 months. A

two level reduction in the U.S.S.G. base offense level would have no effect on Defendant Franklyn's sentence since the Court is required by statute to impose a minimum mandatory sentence of 120 months imprisonment. Accordingly the motion is DENIED.

    It is so ORDERED this 6th day of February, 2008.

                                                SUSAN C. BUCKLEW
                                                United States District Judge

Copy: Micklloyd Franklyn,
       Moshannon Valley C.C.
       555I Cornell Drive
       Philipsburg, PA 16866

     United States Probation Office