UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

    vs.                                               **CASE NO: 8:00-CR-347-T-24**

**MICKLLOYD FRANKLYN**
_____/

## ORDER

This cause comes before the Court on Defendant Micklloyd Franklyn's Motion for Reconsideration (Doc. No. 140) of this Court's Order denying his motion to reduce his sentence under 18 U.S.C. § 3582 (Doc. No. 120). In his motion, Defendant argues that the Court should reconsider its ruling that he is not eligible for sentence reduction based on the statutory mandatory minimum sentence.

There are three major grounds justifying reconsideration: (1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or to prevent manifest injustice. <u>Sussman v. Salem, Saxon & Nielsen, P.A.</u>, 153 F.R.D. 689, 694 (M.D. Fla. 1994)(citations omitted). The Court notes that reconsideration of a previous order is an extraordinary remedy to be employed sparingly. <u>See</u> <u>id.</u> (citations omitted).

Upon review, the Court finds that reconsideration is not warranted. Accordingly, it is ORDERED AND ADJUDGED that Defendant Micklloyd Franklyn's Motion for Reconsideration (Doc. No. 140) is **DENIED**.

**DONE** and **ORDERED** at Tampa, Florida, 29th day of April, 2008.

copy to:
Micklloyd Franklyn

SUSAN C. BUCKLEW
United States District Judge